United States District Court (USDC)
District of New York

| | |
|---|---|
| YUNG, John<br>V<br>Rikers Island Prison Warden of OBCC, NYC Mayor Adams | Pro Se<br>Writ of Habeas Corpus<br><br>NYS IND 7129623/01<br>KING COUNTY 2023KN0000 |

Dear Sir/Madam,

I, John Yung (Bookcase 1132400018), respectfully request immediate release from wrongful imprisonment with this writ of Habeas Corpus. I have been imprisoned since Jan 8, 24 without bail after asking for clarification and my rights in defense due to ineffective counsel. My previous paid lawyer have stopped helping me after Jan 8, 24 and disabled his contact number. My US Constitutional, civil and human (HIPPA) rights have been violated. I pray for liberty and relief at this court. Supporting statements attached.

No court have exclusive jurisdiction over the Writ of Habeas Corpus. I also ask to reserve the right to amend due to my wrongful imprisonment and I am unable to prepare my legal documents safely & normally.

Respectfully Submitted,

JOHN YUNG (Bookcase 1132400018)
[signature] 4/11/24 ( IND 7129623/01)

8L OBCC 1606 Hazen St. E. Elmhurst, NY 11370
West Facility 1600 Hazen St E. Elmhurst, NY 11370
HOME 556 E88th St, Brooklyn, NY 11236

SUPREME COURT OF New York
COUNTY OF KINGS: Part GP12

| | |
|---|---|
| People of New York<br><br>against<br><br>JOHN YUNG,<br>Defendant | Affidavit in support of Motio[n] to Dismiss Indictment For Denial of Right to Speedy Trial Pursuant to CPL § 30.3[0]<br><br>IND 71296-23/001<br>Bookcase 113240D018 |

State of NY COUNTY OF KINGS ~SS:

I, JOHN YUNG, being duly sworn depose and say:

1. I am the defendant making this affirmation for this motio[n]
2. This affirmation in made upon information and belief, that sources thereof being the following; Court proceedings, Court papers, conversations with my attorney and records obtained as a result of proceedings on the above indictme[nt]
3. I am a layperson of law and familiar with this case's fact[s] herein and seek this courts indulgence as to errors of defects and faults pursuant CPLR §2101(f).

Motion to Release Defendant C.P.L. § 30.30(1)(A).

4. Pursuant to Criminal Procedure Law 30.30(1a) the defendant requests that he be released from custody AND the accusator[y] instrument (IND 71296-23/001) dismissed, since it has been more than one hundred eighty (180) days with people not ready for trial.

To Clerk of Case Assignment,

I John Young, asked for assignment of this complaint be assigned to SDNY Chief USDJ Swain (LTS)

Please send reply on receipt of this complaint

Bo x Case 24 3240098 / John Young / 6/10/24
1600 Hazen St E. Elmh SNY 11370

SDNY RECEIVED DOCKET
2024 JUN 21 AM 10: 2

Legal Mail

Clerk for Hon. Swain USDJ Chief LTS
Pro Se Intake/(PLRA)
USDC SDNY
500 Pearl St (Moynihan)
NY NY 10007

FROM
JOHN YUNG
1132400018
1600 Hazen St
E Elmhurst, NY 11370

Clerk
Hon. Swain (LTS)
USDC SDNY
500 Pearl St
NY NY 10007

USA ★ FOREVER

17 JUN 2024 PM 2 L

USMP3 SDNY

10007-131699